# BOYD | RICHARDS

1500 Broadway, Suite 505
New York, New York 10036
(212) 400-0626
www.boydlawgroup.com

**MEMO ENDORSED**

March 30, 2020

*Via ECF*
Honorable William H. Pauley, III
United States District Court
Southern District of New York         Application granted.
500 Pearl Street
New York, New York 10007

Re:   *Kreisler v. 40059 Owners Corp., et al.*
      Case No.:   17 CV 1582

Dear Judge Pauley:

This office represents defendant 40059 Owners Corp. (the "Coop") in the above matter.

Pursuant to the Court's Order for a status report in the above-captioned matter, as previously advised, the co-defendant/tenant, Il Valentino, converted its Chapter 11 case to a Chapter 7 case in Bankruptcy Court (Case No. 17-10150). A Section 341(a) meeting is currently scheduled for April 23, 2020. Therefore, the disposition of Il Valentino's lease for the subject premises remains unclear. In addition, given the present conditions surrounding COVID-19, restaurants are facing an uncertain future.

Accordingly, the Coop respectfully requests a 60 day stay of the action, with a report to be filed on May 29, 2020, containing the status of the foregoing.

A similar request is being made to Judge Paul A. Crotty in another related ADA matter captioned: *Velasquez v. 40059 Owners Corp., Case No.:* 18-cv-06988.

We thank the court for its attention in this matter.

**Boyd Richards Parker & Colonnelli, P.L.**
*Attorneys for 40059 Owners*

By: /s/ *Gary Ehrlich*

Dated: March 31, 2020
New York, New York

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.

---

MIAMI – FORT LAUDERDALE – TAMPA – WEST PALM BEACH – NEW YORK