UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

TODD KREISLER,

          Plaintiff,

          -against-

40059 OWNERS CORP., *et al.*,

          Defendants.

----------------------------------------

17cv1582

ORDER

WILLIAM H. PAULEY III, United States District Judge:

    Todd Kreisler, Charles Alpert, and Joseph Albert are directed to respond by June 11, 2020 to 40059 Owners Corp.'s May 28, 2020 letter request to file a motion.  (ECF No. 60.)

Dated: June 4, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.