UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

TODD KREISLER,

        Plaintiff,

        -against-

40059 OWNERS CORP., *et al.*,

        Defendants.

------------------------------------

17cv1582

ORDER

WILLIAM H. PAULEY III, United States District Judge:

    During the July 17, 2020 status conference, the parties informed this Court that this action has been or will be settled. Accordingly, this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within thirty (30) days of this Order. On the consent of the parties, all claims and causes of action alleged against Defendant Il Valentino Restaurant Inc. are hereby dismissed with prejudice.

    The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: July 17, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.